FILED
2019 Nov-22 PM 03:29
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT A

EEOC Form 5 (11/09)

|  |  |
|---|---|
| **CHARGE OF DISCRIMINATION**<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | **Charge Presented To:** ☐ FEPA  ☒ EEOC    **Agency(ies) Charge No(s):** 420-2019-00769 |

null _State or local Agency, if any_    and EEOC

| Name (indicate Mr., Ms., Mrs.) | Home Phone | Year of Birth |
|---|---|---|
| Ms. Tanynesia Webb | [redacted] | |

Street Address: [redacted]    City, State and ZIP Code:

**Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others.** (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. |
|---|---|---|
| COMPASS BANK BBVA | | (205) 297-5105 |

Street Address: 701 32nd Street South, BIRMINGHAM, AL 35233

**DISCRIMINATION BASED ON** (Check appropriate box(es).)

☒ RACE  ☐ COLOR  ☒ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN
☒ RETALIATION  ☐ AGE  ☐ DISABILITY  ☐ GENETIC INFORMATION
☐ OTHER (Specify)

**DATE(S) DISCRIMINATION TOOK PLACE**
Earliest: 05-01-2017    Latest: 12-17-2018
☒ CONTINUING ACTION

**THE PARTICULARS ARE** (If additional paper is needed, attach extra sheet(s)):

I am an African-American female. I am lesbian. I began working for the above-named employer on or about July 2016, as a Corporate Security Console Operator Level 1. At the time of my termination I was employed as a Corporate Security Console Operator Level 2. I have performed my job better than satisfactory, and as recently as July 2018, I received a company award for job performance. I became pregnant in March 2018, and informed my employer on or about May 2018. I went on maternity leave/FMLA leave on October 12, 2018.

On or about June 2017, my Shift Leader, Mateen Hameen (African-American male) was made aware of my sexual orientation. Since this date, he has treated me with hostility. Mr. Hameen often cusses at me and talks down to me. He has made comments such as Im not going to let no pussy get me fired, and that pregnant women are fat and getting ready to split wide open.

On or about July 2018, myself and a co-worker (African-American female), informed the Console Manager, Dewadrick Baldwin (African-American male) that I felt like Mr. Hameen was taking down to us, and not doing his job. Mr. Hameen would disappear for the majority of the shift, and myself and my co-worker were left to do his job as well as ours. The Console Manager had a office meeting, and told us to respect each other. Yet nothing changed with how Mr. Hameen treated me.

In late November 2018, I spoke to my supervisor, Perry Richie (Caucasian male), and Mr. Baldwin, and it was arranged for me to be placed on day shift temporarily upon my return from maternity leave/FMLA leave. Other females had been allowed to do this

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY - When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct.<br><br>**Digitally signed by Tanynesia Webb on 12-17-2018 02:40 PM EST** | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT<br><br>SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year) |

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br>☐ FEPA<br>☒ EEOC | Agency(ies) Charge No(s):<br>420-2019-00769 |
|---|---|---|
| null<br>*State or local Agency, if any* | | and EEOC |

in the past after returning from maternity leave. On or about December 4, 2018, I had a meeting with Mr. Richie and he informed me that I would be placed on day shift temporarily, but I would not be allowed to adjust my hours on the shift. At this time I informed Mr. Richie about the problems I was having with Mr. Hameen. I was under the impression that Mr. Baldwin had already informed him, but Mr. Richie stated this was the first he was hearing of it. Mr. Richie informed me that someone would lose their job over this.

On or about December 12, 2018, I was asked to have a phone meeting with Sam Gonzales (Caucasian male), Mr. Richies supervisor, and with the Human Resources Manager, Tasha Hardy. I was told that my position was being discontinued and that due to my tenure I was being terminated as of December 28, 2018, with the offer of a severance package. I believe this is in retaliation for me complaining about Mr. Hameen, and for asking for a temporary change of shift in order to provide day care for my newborn. I believe I have been discriminated against due to my race (African-American), sex (female), sex (pregnant) sexual orientation (lesbian), and then retaliation against, in violation of the Civil Rights Act of 1964, as amended.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct.<br><br>**Digitally signed by Tanynesia Webb on 12-17-2018 02:40 PM EST** | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT<br><br>SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>(*month, day, year*) |

CP Enclosure with EEOC Form 5 (11/09)

**PRIVACY ACT STATEMENT:** Under the Privacy Act of 1974, Pub. Law 93-579, authority to request personal data and its uses are:

1. **FORM NUMBER/TITLE/DATE.** EEOC Form 5, Charge of Discrimination (11/09).

2. **AUTHORITY.** 42 U.S.C. 2000e-5(b), 29 U.S.C. 211, 29 U.S.C. 626, 42 U.S.C. 12117, 42 U.S.C. 2000ff-6.

3. **PRINCIPAL PURPOSES.** The purposes of a charge, taken on this form or otherwise reduced to writing (whether later recorded on this form or not) are, as applicable under the EEOC anti-discrimination statutes (EEOC statutes), to preserve private suit rights under the EEOC statutes, to invoke the EEOC's jurisdiction and, where dual-filing or referral arrangements exist, to begin state or local proceedings.

4. **ROUTINE USES.** This form is used to provide facts that may establish the existence of matters covered by the EEOC statutes (and as applicable, other federal, state or local laws). Information given will be used by staff to guide its mediation and investigation efforts and, as applicable, to determine, conciliate and litigate claims of unlawful discrimination. This form may be presented to or disclosed to other federal, state or local agencies as appropriate or necessary in carrying out EEOC's functions. A copy of this charge will ordinarily be sent to the respondent organization against which the charge is made.

5. **WHETHER DISCLOSURE IS MANDATORY; EFFECT OF NOT GIVING INFORMATION.** Charges must be reduced to writing and should identify the charging and responding parties and the actions or policies complained of. Without a written charge, EEOC will ordinarily not act on the complaint. Charges under Title VII, the ADA or GINA must be sworn to or affirmed (either by using this form or by presenting a notarized statement or unsworn declaration under penalty of perjury); charges under the ADEA should ordinarily be signed. Charges may be clarified or amplified later by amendment. It is not mandatory that this form be used to make a charge.

## NOTICE OF RIGHT TO REQUEST SUBSTANTIAL WEIGHT REVIEW

Charges filed at a state or local Fair Employment Practices Agency (FEPA) that dual-files charges with EEOC will ordinarily be handled first by the FEPA. Some charges filed at EEOC may also be first handled by a FEPA under worksharing agreements. You will be told which agency will handle your charge. When the FEPA is the first to handle the charge, it will notify you of its final resolution of the matter. Then, if you wish EEOC to give Substantial Weight Review to the FEPA's final findings, you must ask us in writing to do so <u>within 15 days</u> of your receipt of its findings. Otherwise, we will ordinarily adopt the FEPA's finding and close our file on the charge.

## NOTICE OF NON-RETALIATION REQUIREMENTS

Please **notify** EEOC or the state or local agency where you filed your charge **if retaliation is taken against you or others** who oppose discrimination or cooperate in any investigation or lawsuit concerning this charge. Under Section 704(a) of Title VII, Section 4(d) of the ADEA, Section 503(a) of the ADA and Section 207(f) of GINA, it is unlawful for an *employer* to discriminate against present or former employees or job applicants, for an *employment agency* to discriminate against anyone, or for a *union* to discriminate against its members or membership applicants, because they have opposed any practice made unlawful by the statutes, or because they have made a charge, testified, assisted, or participated in any manner in an investigation, proceeding, or hearing under the laws. The Equal Pay Act has similar provisions and Section 503(b) of the ADA prohibits coercion, intimidation, threats or interference with anyone for exercising or enjoying, or aiding or encouraging others in their exercise or enjoyment of, rights under the Act.